No. 159. MURPHEY ET AL. *v.* REED ET AL., DOING BUSINESS AS M. T. REED CONSTRUCTION Co. C. A. 5th Cir. Certiorari denied. *R. W. Thompson, Jr.* for petitioners. *Charles S. Corben* for respondents.

No. 160. HOME GAS Co. ET AL. *v.* FEDERAL POWER COMMISSION ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Edward S. Pinney, E. Fontaine Broun* and *John P. Randolph* for petitioners. *Simon E. Sobeloff,* then Solicitor General, *Assistant Attorney General Doub, Melvin Richter, Willard W. Gatchell* and *William L. Ellis* for the Federal Power Commission, *Morrell S. Lockhart* and *Theodore J. Carlson* for the Central Hudson Gas & Electric Corporation, and *Justin R. Wolf* for the Rockland Light & Power Co., respondents.

No. 161. CITY OF FORT LAUDERDALE *v.* FREEMAN, TRUSTEE IN BANKRUPTCY. C. A. 5th Cir. Certiorari denied. *Carl A. Hiaasen* for petitioner. *R. Bruce Jones* for respondent.

No. 163. CROSBY ET AL. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Alston Cockrell* for petitioners. *Simon E. Sobeloff,* then Solicitor General, *Assistant Attorney General Olney, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 164. GRAHAM-PAIGE MOTORS CORP. *v.* STELLA. C. A. 2d Cir. Certiorari denied. *Ambrose V. McCall* for petitioner. *Lewis M. Dabney, Jr.* and *Murray C. Bernays* for respondent.